UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Julia Denecker | § | |
| | § | |
| *versus* | § | Civil Action 3:11−cv−00535 |
| | § | |
| Bank Of America, N.A., et al. | § | |

## ORDER REFERRING CASE TO MAGISTRATE

It is ORDERED that the above captioned matter be referred to United States Magistrate John Froeschner to conduct all pretrial proceedings in the case including hearings; rulings on motions; Rule 26(f), pretrial and settlement conferences in accordance with 28 U. S. C. 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

Signed on December 9, 2011, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge